**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY PRICE, | ) | Case No. 5:08-cv-939 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | JUDGMENT ENTRY |
| | ) | |

As requested in the Joint Stipulation (Doc. No. 20) filed by all parties, this case is hereby REVERSED and REMANDED to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  By agreement of the parties, the Administrative Law Judge (ALJ), on remand, will further evaluate Plaintiff's impairments and resolve any inconsistencies contained in the record, including medical source opinions.  The ALJ may request any additional development deemed necessary to evaluate Plaintiff's physical and mental impairments, including a new hearing, and obtaining supplemental vocational expert evidence, if necessary, and will issue a new decision.

IT IS SO ORDERED.

s/ Greg White
United States Magistrate Judge

Dated: <u>November 25, 2008</u>